<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Northern District of Texas</td></tr>
<tr><td>Case number (if known): _____</td><td>Chapter ___11___</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Metroplex Recovery, LLC |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Metroplex Recovery<br>DFW Towing & Recovery<br>Metroplex Locksmith |
| **3. Debtor's federal Employer Identification Number (EIN)** | 9 0 – 0 7 8 9 2 6 8 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2003 W Arkansas Lane<br>Number   Street | Number   Street |
| | P.O. Box |
| Pantego, TX 76013<br>City                    State    ZIP Code | City                    State    ZIP Code |
| Tarrant<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number   Street<br><br>City                    State    ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    Metroplex Recovery, LLC                                          Case number (if known) _____
          Name

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
    5   6   1   6

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY

        District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor  Adrian Modesto Torres                    Relationship  Principal

        District  Northern District of Texas            When     7/6/2023
                                                                 MM / DD / YYYY

        Case number, if known  23-41966-MXM-13

Debtor   Metroplex Recovery, LLC _____   Case number (if known) _____
   Name

| | |
|---|---|
| **11. Why is the case filed in this district?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br> What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br> Number  Street<br><br>_____<br> City    State ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49 ☐ 50-99  ☐ 1,000-5,000 ☐ 5,001-10,000  ☐ 25,001-50,000 ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999 ☐ 10,001-25,000     ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000    ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000 ☐ $50,000,001-$100 million ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million ☐ $100,000,001-$500 million ☐ More than $50 billion |

| Debtor | Metroplex Recovery, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## ▌ Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/21/2023
MM/ DD/ YYYY

**X** /s/ Adrian Modesto Torres                    Adrian Modesto Torres
Signature of authorized representative of debtor          Printed name

Title                    Managing Member

**18. Signature of attorney**

**X** _____ /s/ Jim Morrison _____   Date  07/21/2023
Signature of attorney for debtor                          MM/ DD/ YYYY

 Jim Morrison
Printed name

 Lee Law Firm, PLLC
Firm name

 8701 Bedford Euless Rd 510
Number        Street

 Hurst                            TX      76053
City                             State    ZIP Code

 (469) 646-8995                   jmorrison@leelawtx.com
Contact phone                     Email address

 14519050                         TX
Bar number                        State

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re   METROPLEX RECOVERY, LLC               Case No. _____

                 Debtor                       Chapter    11

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

I, Adrian Modesto Torres, declare under penalty of perjury that I am the Managing Member of METROPLEX RECOVERY, LLC, and that the following is a true and correct copy of the resolutions adopted by said Limited Liability Company (LLC) at a special meeting duly called and held on the 23rd day of June, 2023.

"WHEREAS, it is in the best interest of this Limited Liability Company (LLC) to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

BE IT, THEREFORE, RESOLVED that Adrian Modesto Torres, Managing Member of this Limited Liability Company (LLC), is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Limited Liability Company (LLC); and

BE IT FURTHER RESOLVED that Adrian Modesto Torres, Managing Member of this Limited Liability Company (LLC) is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company (LLC), and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company (LLC) in connection with such bankruptcy case, and

BE IT FURTHER RESOLVED that Adrian Modesto Torres, Managing Member of this Limited Liability Company (LLC) is authorized and directed to employ Christopher M. Lee, attorney and the law firm of Lee Law Firm, PLLC to represent the Limited Liability Company (LLC) in such bankruptcy case."

Date:   June 23, 2023                    Signed:   /s/ Adrian Modesto Torres
                                              Adrian Modesto Torres

# United States Bankruptcy Court
## Northern District of Texas

In re   **Metroplex Recovery, LLC** _____   Case No. _____

Debtor(s)   Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____**Metroplex Recovery, LLC**_____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [*Check if applicable*]

_____**07/21/2023**_____          _____**/s/ Jim Morrison**_____

Date

**Jim Morrison**
Signature of Attorney or Litigant
Counsel for ____**Metroplex Recovery, LLC**____
Bar Number: 14519050
**Lee Law Firm, PLLC**
**8701 Bedford Euless Rd 510**
**Hurst, TX 76053**
**Phone: (214) 440-1414**
**Email: jmorrison@leelawtx.com**

1

Jim Morrison
State Bar No. 14519050
Lee Law Firm, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
817.265.0123 Phone
817.580.1123 Fax
ATTORNEY FOR DEBTOR(S)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. |
| METROPLEX RECOVERY, LLC | § | |
| | § | CHAPTER 11 |
| Debtor(s) | § | |

**<u>DECLARATION REGARDING 11 U.S.C. §1116(1)(A)</u>**

In compliance with 11 U.S.C. §1116(1)(B), the Debtor, Metroplex Recovery, LLC, through its authorized representative, Adrian Modesto Torres, hereby states that:

1. No balance sheet, statement of operations, or cash-flow statement has been prepared; and
2. No Federal tax return for 2022 has been filed; however, the tax return for 2021 is attached hereto.

I have read the above statements and declare under penalty of perjury that they are true and correct to the best of my knowledge and belief.

Dated: June 23, 2023


/s/ Adrian Modesto Torres
_____
Adrian Modesto Torres


Respectfully Submitted


 /s/  Jim Morrison
_____
Jim Morrison
State Bar No.  14519050
Lee Law Firm, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
817.265.0123 Phone
817.580.1123 Fax

Form **1040**
Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2021** OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.
☐ Single ☒ Married filing jointly ☐ Married filing separately (MFS) ☐ Head of household (HOH) ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| ADRIAN | TORRES | |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| CHRISTIAN | TORRES | |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
4900 SUN VALLEY DR

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
☐ You ☐ Spouse

City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code
FT. WORTH | TX | 76119

Foreign country name | Foreign province/state/county | Foreign postal code

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency? ☐ Yes ☒ No

**Standard Deduction**
Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1957 ☐ Are blind   Spouse: ☐ Was born before January 2, 1957 ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ▶ ☐

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

Attach Sch. B if required.

| | | | |
|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 1 | 100,928. |
| 2a | Tax-exempt interest . . . 2a | b Taxable interest . . . . . 2b | |
| 3a | Qualified dividends . . . 3a | b Ordinary dividends . . . . 3b | |
| 4a | IRA distributions . . . 4a | b Taxable amount . . . . . 4b | |
| 5a | Pensions and annuities . 5a | b Taxable amount . . . . . 5b | |
| 6a | Social security benefits . 6a | b Taxable amount . . . . . 6b | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . ▶ ☐ | 7 | 0. |
| 8 | Other income from Schedule 1, line 10 . . . . . . . . . . . . . . . | 8 | -100,928. |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** . . . . . ▶ | 9 | 0. |
| 10 | Adjustments to income from Schedule 1, line 26 . . . . . . . . . . . | 10 | 0. |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** . . . . . ▶ | 11 | 0. |

**Standard Deduction for—**
- Single or Married filing separately, $12,550
- Married filing jointly or Qualifying widow(er), $25,100
- Head of household, $18,800
- If you checked any box under *Standard Deduction,* see instructions.

| | | | |
|---|---|---|---|
| 12a | **Standard deduction or itemized deductions (from Schedule A)** . . 12a 25,100. | | |
| b | Charitable contributions if you take the standard deduction (see instructions) 12b 0. | | |
| c | Add lines 12a and 12b . . . . . . . . . . . . . . . . . . . . . | 12c | 25,100. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A . . . . . | 13 | |
| 14 | Add lines 12c and 13 . . . . . . . . . . . . . . . . . . . . . | 14 | 25,100. |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- . . . . | 15 | 0. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. Cat. No. 11320B Form **1040** (2021)

CDA

Form 1040 (2021) ADRIAN TORRES & CHRISTIAN TORRES                                              Page **2**

| 16 | **Tax** (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | 16 | 0. |
|---|---|---|---|
| 17 | Amount from Schedule 2, line 3 | 17 | 0. |
| 18 | Add lines 16 and 17 | 18 | 0. |
| 19 | Nonrefundable child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| 20 | Amount from Schedule 3, line 8 | 20 | 0. |
| 21 | Add lines 19 and 20 | 21 | 0. |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 0. |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | |
| 24 | Add lines 22 and 23. This is your **total tax** ▶ | 24 | |
| 25 | Federal income tax withheld from: | | |
| a | Form(s) W-2 | 25a | 10,517. |
| b | Form(s) 1099 | 25b | |
| c | Other forms (see instructions) | 25c | |
| d | Add lines 25a through 25c | 25d | 10,517. |
| 26 | 2021 estimated tax payments and amount applied from 2020 return | 26 | |

If you have a qualifying child, attach Sch. EIC.

| 27a | Earned income credit (EIC)           NO | 27a | |
|---|---|---|---|

Check here if you were born after January 1, 1998, and before
January 2, 2004, and you satisfy all the other requirements for
taxpayers who are at least age 18, to claim the EIC. See instructions ▶ ☐

| b | Nontaxable combat pay election | 27b | |
|---|---|---|---|
| c | Prior year (2019) earned income | 27c | |
| 28 | Refundable child tax credit or additional child tax credit from Schedule 8812 | 28 | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | |
| 30 | Recovery rebate credit. See instructions | 30 | |
| 31 | Amount from Schedule 3, line 15 | 31 | |
| 32 | Add lines 27a and 28 through 31. These are your **total other payments and refundable credits** ▶ | 32 | |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** ▶ | 33 | 10,517. |

**Refund**

| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 10,517. |
|---|---|---|---|
| 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 35a | 10,517. |

Direct deposit?
See instructions.

▶ b  Routing number ████████  ▶ c Type: ☒ Checking  ☐ Savings
▶ d  Account number ████████

| 36 | Amount of line 34 you want applied to your 2022 estimated tax  ▶ | 36 | |
|---|---|---|---|

**Amount You Owe**

| 37 | **Amount you owe.** Subtract line 33 from line 24. For details on how to pay, see instructions  ▶ | 37 | 0. |
|---|---|---|---|
| 38 | Estimated tax penalty (see instructions) | 38 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions ▶ ☐ Yes. Complete below.  ☒ No

Designee's name ▶ _____   Phone no. ▶ _____   Personal identification number (PIN) ▶ _____

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return?
See instructions.
Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶ |
|---|---|---|---|
| | | LOCKSMITH | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶ |
| | | RECEPTIONSIT | |
| Phone no. | | Email address | |

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|---|
| D N COMMISSARIAT CPA | | | P01975151 | ☒ Self-employed |
| Firm's name ▶ DARAIUS N COMMISSARIAT | | | | Phone no. 214-524-8578 |
| Firm's address ▶ 1400 PRESTON RD SUITE 400 PLANO, TX  75093 | | | | Firm's EIN ▶ 81-3941638 |

Go to *www.irs.gov/Form1040* for instructions and the latest information.          Form **1040** (2021)

| SCHEDULE 1<br>(Form 1040) | **Additional Income and Adjustments to Income** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Attach to Form 1040, 1040-SR, or 1040-NR.<br>▶ Go to *www.irs.gov/Form1040* for instructions and the latest information. | **2021**<br>Attachment<br>Sequence No. **01** |

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| ADRIAN TORRES & CHRISTIAN TORRES | |

| **Part I** | **Additional Income** |
|---|---|

| | | | |
|---|---|---|---|
| **1** | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . | **1** | |
| **2a** | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . | **2a** | |
| **b** | Date of original divorce or separation agreement (see instructions) ▶ | | |
| **3** | Business income or (loss). Attach Schedule C . . . . . . . . . . . . . | **3** | -100,928. |
| **4** | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . | **4** | |
| **5** | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| **6** | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . | **6** | |
| **7** | Unemployment compensation . . . . . . . . . . . . . . . . . . | **7** | |
| **8** | Other income: | | |
| **a** | Net operating loss . . . . . . . . . . . | **8a** ( | ) | |
| **b** | Gambling income . . . . . . . . . . . | **8b** | |
| **c** | Cancellation of debt . . . . . . . . . . | **8c** | |
| **d** | Foreign earned income exclusion from Form 2555 . . . . | **8d** ( | ) | |
| **e** | Taxable Health Savings Account distribution . . . . . | **8e** | |
| **f** | Alaska Permanent Fund dividends . . . . . . . . | **8f** | |
| **g** | Jury duty pay . . . . . . . . . . . . | **8g** | |
| **h** | Prizes and awards . . . . . . . . . . . | **8h** | |
| **i** | Activity not engaged in for profit income . . . . . . | **8i** | |
| **j** | Stock options . . . . . . . . . . . . | **8j** | |
| **k** | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | **8k** | |
| **l** | Olympic and Paralympic medals and USOC prize money (see instructions) . . . . . . . . . . . . | **8l** | |
| **m** | Section 951(a) inclusion (see instructions) . . . . . . | **8m** | |
| **n** | Section 951A(a) inclusion (see instructions) . . . . . | **8n** | |
| **o** | Section 461(l) excess business loss adjustment . . . . . | **8o** | |
| **p** | Taxable distributions from an ABLE account (see instructions) . | **8p** | |
| **z** | Other income. List type and amount ▶ | **8z** | |
| **9** | Total other income. Add lines 8a through 8z . . . . . . . . . . . . | **9** | |
| **10** | Combine lines 1 through 7 and 9. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 . . . . . . . . . . . . . . . . . . . . | **10** | -100,928. |

For Paperwork Reduction Act Notice, see your tax return instructions.     Cat. No. 71479F     Schedule 1 (Form 1040) 2021

Schedule 1 (Form 1040) 2021                                                                                                Page **2**

| **Part II** | **Adjustments to Income** | | |
|---|---|---|---|

| 11 | Educator expenses . . . . . . . . . . . . . . . . . . . . . . | **11** | |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | **12** | |
| 13 | Health savings account deduction. Attach Form 8889 . . . . . . . . | **13** | |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903 . . . . . | **14** | |
| 15 | Deductible part of self-employment tax. Attach Schedule SE . . . . . . . . | **15** | |
| 16 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . . . . | **16** | |
| 17 | Self-employed health insurance deduction . . . . . . . . . . . . . | **17** | |
| 18 | Penalty on early withdrawal of savings . . . . . . . . . . . . . . | **18** | |
| 19a | Alimony paid . . . . . . . . . . . . . . . . . . . . . . . | **19a** | |
| b | Recipient's SSN . . . . . . . . . . . . . . . . . . ▶ _____ | | |
| c | Date of original divorce or separation agreement (see instructions) ▶ _____ | | |
| 20 | IRA deduction . . . . . . . . . . . . . . . . . . . . . . | **20** | |
| 21 | Student loan interest deduction . . . . . . . . . . . . . . . . | **21** | |
| 22 | Reserved for future use . . . . . . . . . . . . . . . . . . . | **22** | |
| 23 | Archer MSA deduction . . . . . . . . . . . . . . . . . . . | **23** | |
| 24 | Other adjustments: | | |
| a | Jury duty pay (see instructions) . . . . . . . . . . . . | **24a** | |
| b | Deductible expenses related to income reported on line 8k from the rental of personal property engaged in for profit . . . . | **24b** | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8l . . . . . | **24c** | |
| d | Reforestation amortization and expenses . . . . . . . . . | **24d** | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 . . . . . . . . . . . . . . . . | **24e** | |
| f | Contributions to section 501(c)(18)(D) pension plans . . . . . | **24f** | |
| g | Contributions by certain chaplains to section 403(b) plans . . | **24g** | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) . . . . . | **24h** | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations . . . . . . . . . . . . | **24i** | |
| j | Housing deduction from Form 2555 . . . . . . . . . . | **24j** | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) . . . . . . . . . . . . . . . . . . | **24k** | |
| z | Other adjustments. List type and amount ▶ _____ _____ | **24z** | |
| 25 | Total other adjustments. Add lines 24a through 24z . . . . . . . . . . . | **25** | |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income.** Enter here and on Form 1040 or 1040-SR, line 10, or Form 1040-NR, line 10a . . . . . | **26** | |

Schedule 1 (Form 1040) 2021

**CDA**

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
## (Sole Proprietorship)

▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065.

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **09**

| | |
|---|---|
| Name of proprietor | Social security number (SSN) |
| ADRIAN TORRES | |

**A** Principal business or profession, including product or service (see instructions)
LOCKSMITH SERVICES

**B** Enter code from instructions
▶ 9 9 9 9 9 9

**C** Business name. If no separate business name, leave blank.
METROPLEX RECOVERY LLC

**D** Employer ID number (EIN) (see instr.)
9 0 0 7 8 9 2 6 8

**E** Business address (including suite or room no.) ▶ 4900 SUN VALLEY DR
City, town or post office, state, and ZIP code   FORTWORTH, TX  76119

**F** Accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2021? If "No," see instructions for limit on losses  ☒ Yes ☐ No

**H** If you started or acquired this business during 2021, check here . . . . . . . . . . . ▶ ☐

**I** Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions . . . . ☐ Yes ☒ No

**J** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . ☐ Yes ☐ No

## Part I   Income

| | | |
|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . ▶ ☐   **1** | 1,840,352. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . .   **2** | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . .   **3** | 1,840,352. |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . . .   **4** | 389,115. |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . .   **5** | 1,451,237. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . .   **6** | 427. |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . ▶   **7** | 1,451,664. |

## Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---:|---|---|---:|
| 8 | Advertising . . . . .   **8** | 277,383. | 18 | Office expense (see instructions) .   **18** | 26,681. |
| 9 | Car and truck expenses (see instructions) . . . . .   **9** | | 19 | Pension and profit-sharing plans .   **19** | |
| 10 | Commissions and fees .   **10** | 4,264. | 20 | Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions)   **11** | 173,285. | a | Vehicles, machinery, and equipment   **20a** | 3,296. |
| 12 | Depletion . . . . .   **12** | | b | Other business property . . . .   **20b** | 19,979. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . .   **13** | 52,111. | 21 | Repairs and maintenance . . .   **21** | 8,217. |
| | | | 22 | Supplies (not included in Part III) .   **22** | 3,978. |
| | | | 23 | Taxes and licenses . . . . .   **23** | 68,064. |
| 14 | Employee benefit programs (other than on line 19) .   **14** | | 24 | Travel and meals: | |
| | | | a | Travel . . . . . . . . .   **24a** | 24,067. |
| 15 | Insurance (other than health)   **15** | | b | Deductible meals (see instructions) . . . . . . . .   **24b** | 19,343. |
| 16 | Interest (see instructions): | | 25 | Utilities . . . . . . . . .   **25** | 9,997. |
| a | Mortgage (paid to banks, etc.)   **16a** | | 26 | Wages (less employment credits) .   **26** | 650,807. |
| b | Other . . . . . .   **16b** | | 27a | Other expenses (from line 48) . .   **27a** | 206,410. |
| 17 | Legal and professional services   **17** | 4,710. | b | **Reserved for future use** . .   **27b** | |

| | | |
|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . ▶   **28** | 1,552,592. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . .   **29** | -100,928. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. | |
| | **Simplified method filers only:** Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . .   **30** | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | |
| | • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**   **31** | -100,928. |
| | • If a loss, you **must** go to line 32. | |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. | |
| | • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.** | **32a** ☒ All investment is at risk. |
| | • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | **32b** ☐ Some investment is not at risk. |

For Paperwork Reduction Act Notice, see the separate instructions.   Cat. No. 11334P   Schedule C (Form 1040) 2021

CDA

Schedule C (Form 1040) 2021

Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) |

33 Method(s) used to value closing inventory: **a** ☒ Cost **b** ☐ Lower of cost or market **c** ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

| | | | |
|---|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . | 36 | 389,115. |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . | 37 | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . | 38 | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . | 39 | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . | 40 | 389,115. |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . | 42 | 389,115. |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |

43 When did you place your vehicle in service for business purposes? (month/day/year) ▶ _____

44 Of the total number of miles you drove your vehicle during 2021, enter the number of miles you used your vehicle for:

**a** Business _____ **b** Commuting (see instructions) _____ **c** Other _____

45 Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . ☐ Yes ☐ No

46 Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . ☐ Yes ☐ No

47a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . ☐ Yes ☐ No

**b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8–26 or line 30. |

| | |
|---|---:|
| SOFTWARE EXPENSE | 24,977. |
| DUES & SUBSCRIPTIONS | 2,909. |
| INTEREST EXPENSE | 53,293. |
| MONITORING SYSTEM & SCHEDULER | 109,599. |
| TELEPHONE | 11,931. |
| POSTAGE | 1,605. |
| UNIFORM | 1,096. |
| BAD DEBT | 1,000. |
| | |
| **48 Total other expenses.** Enter here and on line 27a . . . . . . . . . . . **48** | 206,410. |

Schedule C (Form 1040) 2021

CDA

| Form **8995** | **Qualified Business Income Deduction**<br>**Simplified Computation** | OMB No. 1545-2294 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ **Attach to your tax return.**<br>▶ **Go to** *www.irs.gov/Form8995* **for instructions and the latest information.** | **2021**<br>Attachment<br>Sequence No. **55** |

| Name(s) shown on return | Your taxpayer identification number |
|---|---|
| ADRIAN TORRES & CHRISTIAN TORRES | |

**Note.** *You can claim the qualified business income deduction only if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.*

*Use this form if your taxable income, before your qualified business income deduction, is at or below $164,900 ($164,925 if married filing separately; $329,800 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.*

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | METROPLEX RECOVERY LLC | 90-0789268 | -100,928. |
| ii | | | |
| iii | | | |
| iv | | | |
| v | | | |

| | | | |
|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) . . . . . . . . . . . . . . | **2** | -100,928. |
| 3 | Qualified business net (loss) carryforward from the prior year . . . . | **3** | ( 52,220.) |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | **4** | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) . . . . . . . . | **5** | |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) | **6** | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year . . . . . . . . . . . . . . . . . . | **7** | ( ) |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- . . . . . . . . . . | **8** | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) . . . . . | **9** | |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 . . . . . . | **10** | |
| 11 | Taxable income before qualified business income deduction (see instructions) | **11** | -25,100. |
| 12 | Net capital gain (see instructions) . . . . . . . . . | **12** | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- . . . . . | **13** | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) . . . . . . . | **14** | |
| 15 | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions) . . . . . . . . . . . . . . . ▶ | **15** | |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- . . | **16** | ( 153,148.) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- . . . . . . . | **17** | ( ) |

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.**   Cat. No. 37806C   Form **8995** (2021)

Form **8829**

Department of the Treasury
Internal Revenue Service (99)

# Expenses for Business Use of Your Home

▶ File only with Schedule C (Form 1040). Use a separate Form 8829 for each home you used for business during the year.
▶ Go to *www.irs.gov/Form8829* for instructions and the latest information.

OMB No. 1545-0074

**2021**

Attachment Sequence No. **176**

Name(s) of proprietor(s)    ADRIAN TORRES

Your social security number

## Part I — Part of Your Home Used for Business

| | | | |
|---|---|---|---|
| 1 | Area used regularly and exclusively for business, regularly for daycare, or for storage of inventory or product samples (see instructions) | 1 | 485. |
| 2 | Total area of home | 2 | 2,158. |
| 3 | Divide line 1 by line 2. Enter the result as a percentage | 3 | 22.475 % |
| | **For daycare facilities not used exclusively for business, go to line 4. All others, go to line 7.** | | |
| 4 | Multiply days used for daycare during year by hours used per day | 4 ___ hr. | |
| 5 | If you started or stopped using your home for daycare during the year, see instructions; otherwise, enter 8,760 | 5 ___ hr. | |
| 6 | Divide line 4 by line 5. Enter the result as a decimal amount | 6 | |
| 7 | Business percentage. For daycare facilities not used exclusively for business, multiply line 6 by line 3 (enter the result as a percentage). All others, enter the amount from line 3 ▶ | 7 | 22.475 % |

## Part II — Figure Your Allowable Deduction

| | | | | |
|---|---|---|---|---|
| 8 | Enter the amount from Schedule C, line 29, **plus** any gain derived from the business use of your home, **minus** any loss from the trade or business not derived from the business use of your home. See instructions. | | 8 | -100,928. |
| | See instructions for columns (a) and (b) before completing lines 9–22. | **(a) Direct expenses** | **(b) Indirect expenses** | |
| 9 | Casualty losses (see instructions) | 9 | 0. | |
| 10 | Deductible mortgage interest (see instructions) | 10 | | |
| 11 | Real estate taxes (see instructions) | 11 | | |
| 12 | Add lines 9, 10, and 11 | 12 | | |
| 13 | Multiply line 12, column (b), by line 7 | 13 | | |
| 14 | Add line 12, column (a), and line 13 | | | 14 | 0. |
| 15 | Subtract line 14 from line 8. If zero or less, enter -0- | | | 15 | 0. |
| 16 | Excess mortgage interest (see instructions) | 16 | 5,134. | |
| 17 | Excess real estate taxes (see instructions) | 17 | 5,705. | |
| 18 | Insurance | 18 | 2,175. | |
| 19 | Rent | 19 | | |
| 20 | Repairs and maintenance | 20 | | |
| 21 | Utilities | 21 | 1,855. | |
| 22 | Other expenses (see instructions) | 22 | | |
| 23 | Add lines 16 through 22 | 23 | 14,869. | |
| 24 | Multiply line 23, column (b), by line 7 | 24 | 3,342. | |
| 25 | Carryover of prior year operating expenses (see instructions) | 25 | 5,904. | |
| 26 | Add line 23, column (a), line 24, and line 25 | | | 26 | 9,246. |
| 27 | Allowable operating expenses. Enter the **smaller** of line 15 or line 26 | | | 27 | 0. |
| 28 | Limit on excess casualty losses and depreciation. Subtract line 27 from line 15 | | | 28 | 0. |
| 29 | Excess casualty losses (see instructions) | 29 | 0. | |
| 30 | Depreciation of your home from line 42 below | 30 | 1,095. | |
| 31 | Carryover of prior year excess casualty losses and depreciation (see instructions) | 31 | 1,095. | |
| 32 | Add lines 29 through 31 | | | 32 | 2,190. |
| 33 | Allowable excess casualty losses and depreciation. Enter the **smaller** of line 28 or line 32 | | | 33 | 0. |
| 34 | Add lines 14, 27, and 33 | | | 34 | 0. |
| 35 | Casualty loss portion, if any, from lines 14 and 33. Carry amount to **Form 4684**. See instructions | | | 35 | |
| 36 | **Allowable expenses for business use of your home.** Subtract line 35 from line 34. Enter here and on Schedule C, line 30. If your home was used for more than one business, see instructions. ▶ | | | 36 | 0. |

## Part III — Depreciation of Your Home

| | | | |
|---|---|---|---|
| 37 | Enter the **smaller** of your home's adjusted basis or its fair market value. See instructions | 37 | 275,000. |
| 38 | Value of land included on line 37 | 38 | 85,000. |
| 39 | Basis of building. Subtract line 38 from line 37 | 39 | 190,000. |
| 40 | Business basis of building. Multiply line 39 by line 7 | 40 | 42,702. |
| 41 | Depreciation percentage (see instructions) | 41 | 2.5641 % |
| 42 | Depreciation allowable (see instructions). Multiply line 40 by line 41. Enter here and on line 30 above | 42 | 1,095. |

## Part IV — Carryover of Unallowed Expenses to 2022

| | | | |
|---|---|---|---|
| 43 | Operating expenses. Subtract line 27 from line 26. If less than zero, enter -0- | 43 | 9,246. |
| 44 | Excess casualty losses and depreciation. Subtract line 33 from line 32. If less than zero, enter -0- | 44 | 2,190. |

CDA    **For Paperwork Reduction Act Notice, see your tax return instructions.**    Cat. No. 13232M    Form **8829** (2021)

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

## Depreciation and Amortization
### (Including Information on Listed Property)
▶ Attach to your tax return.
▶ Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2021**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| ADRIAN & CHRISTIAN TORRES | METROPLEX RECOVERY LLC | |

### Part I  Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . | 1 | 1,050,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . | 2 | 446,039. |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . | 3 | 2,620,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . | 4 | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 1,050,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . | 7 | 307,440. | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . | | 8 | 307,440. |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . | | 9 | 307,440. |
| 10 | Carryover of disallowed deduction from line 13 of your 2020 Form 4562 . . . . . | | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | | 11 | 52,111. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . . | | 12 | 52,111. |
| 13 | Carryover of disallowed deduction to 2022. Add lines 9 and 10, less line 12 ▶ | 13 | 255,329. | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

### Part II  Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions . . . . . . . . . . . . . | 14 | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . | 15 | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . | 16 | |

### Part III  MACRS Depreciation (Don't include listed property. See instructions.)

#### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2021 . . . . . . | 17 | 1,095. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . ▶ ☐ | | |

#### Section B—Assets Placed in Service During 2021 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

#### Section C—Assets Placed in Service During 2021 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

### Part IV  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 22 | 53,206. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.        Cat. No. 12906N        Form **4562** (2021)

CDA

Form 4562 (2021)                                                                                                                Page **2**

**Part V**  **Listed Property**  (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

24a Do you have evidence to support the business/investment use claimed? ☒ Yes ☐ No   24b If "Yes," is the evidence written? ☒ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | | **25** | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| SEE STATEMENT | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| 2019 FORD 236 | 11/19/19 | .00% | 28,248. | | 5.0 | S/L - HY | | |
| 2019 FORD 739 | 10/05/19 | .00% | 28,936. | | 5.0 | S/L - HY | | |
| 2020 FORD TRA | 07/20/20 | .00% | 31,734. | | 5.0 | S/L - HY | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | **28** | | | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | **29** | 307,440. | |

**Section B—Information on Use of Vehicles**       SEE STATEMENT

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|---|
| **30** | Total business/investment miles driven during the year (**don't** include commuting miles) | | | | 8,970 | 30,226 | 25,252 |
| **31** | Total commuting miles driven during the year | | | | | | |
| **32** | Total other personal (noncommuting) miles driven | | | | | | |
| **33** | Total miles driven during the year. Add lines 30 through 32 | | | | 8,970 | 30,226 | 25,252 |

| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **34** | Was the vehicle available for personal use during off-duty hours? | X | | X | | X | | X | | X | | X | |
| **35** | Was the vehicle used primarily by a more than 5% owner or related person? | X | | X | | X | | X | | X | | X | |
| **36** | Is another vehicle available for personal use? | X | | X | | X | | X | | X | | X | |

**Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| **37** | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **38** | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| **39** | Do you treat all use of vehicles by employees as personal use? | | |
| **40** | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| **41** | Do you meet the requirements concerning qualified automobile demonstration use? See instructions. | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI**  **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2021 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2021 tax year | | | | **43** | |
| **44** Total. Add amounts in column (f). See the instructions for where to report | | | | **44** | |

Form **4562** (2021)

CDA

Name(s) as shown on federal Schedule C
ADRIAN TORRES

Social Security Number

## Federal Schedule C Depreciation Schedule
## Business Activity: METROPLEX RECOVERY LLC

| Asset Description / Date Sold | Date In Service / Depr Basis | Asset Cost / Land | Bus % / | Current 179 / Prior 179 | Current Bonus / Prior Bonus | Life / Method | Conv / Prior Depr | Current Depr |
|---|---|---|---|---|---|---|---|---|
| 2019 FORD 2366 | 11/19/19 | 28,248. | .00 | | | 5.00 | HY | |
| | | 22,247. | | 22,247. | 6,001. | SL | | |
| 2019 FORD 7395 | 10/05/19 | 28,936. | .00 | | | 5.00 | HY | |
| | | | | 18,959. | 9,977. | SL | | |
| 2020 FORD TRANSIT | 07/20/20 | 31,734. | .00 | | | 5.00 | HY | |
| | | | | | | SL | 6,347. | |
| 2021 MERCEDEZ M38 | 07/06/21 | 86,735. | 100.00 | 10,200. | | 5.00 | HY | |
| | | 76,535. | | | | 200DB | | |
| 2021 MERCEDEZ MET | 07/10/21 | 39,294. | 100.00 | 10,200. | | 5.00 | HY | |
| | | 29,094. | | | | 200DB | | |
| 2021 MERCEDEZ M38 | 07/02/21 | 43,170. | 100.00 | 10,200. | | 5.00 | HY | |
| | | 32,970. | | | | 200DB | | |
| 2021 BENZ SPRINTE | 06/12/21 | 47,774. | 100.00 | 47,774. | | 5.00 | HY | |
| | | | | | | 200DB | | |
| 2021 MERCEDEZ MET | 06/21/21 | 42,894. | 100.00 | 42,894. | | 5.00 | HY | |
| | | | | | | 200DB | | |
| 2022 MERCEDEZ SPR | 07/02/21 | 56,038. | 100.00 | 56,038. | | 5.00 | HY | |
| | | | | | | 200DB | | |
| 2021 MERCEDEZ MET | 07/06/21 | 43,483. | 100.00 | 43,483. | | 5.00 | HY | |
| | | | | | | 200DB | | |
| 2022 MB METRIS 63 | 07/01/21 | 43,415. | 100.00 | 43,415. | | 5.00 | HY | |
| | | | | | | 200DB | | |
| 2022 MB METRIS 67 | 07/01/21 | 43,236. | 100.00 | 43,236. | | 5.00 | HY | |
| | | | | | | 200DB | | |
| HOME OFFICE | 01/01/19 | 190,000. | 22.47 | | | 39.00 | MM | |
| | | 42,702. | 85000 | | | SL | 2,144. | 1,095. |
| LASER MACHINE | 01/01/19 | 18,809. | 100.00 | | | 5.00 | HY | |
| | | | | 18,809. | | 200DB | | |
| DIAGNOSTIC MACHIN | 01/01/19 | 14,909. | 100.00 | | | 5.00 | HY | |
| | | | | 14,909. | | 200DB | | |

**2021** 

Name(s) as shown on federal Schedule C
ADRIAN TORRES

Social Security Number

### Federal Schedule C Depreciation Schedule
### Business Activity: METROPLEX RECOVERY LLC

| Asset Description | Date In Service / Date Sold | Asset Cost / Depr Basis | Bus % / Land | Current 179 / Prior 179 | Current Bonus / Prior Bonus | Life / Method | Conv / Prior Depr | Current Depr |
|---|---|---|---|---|---|---|---|---|
| | 01/01/19 | 44,143. | 100.00 | | | 7.00 | HY | |
| VARIOUS MACHINE & | | | | 44,143. | | 200DB | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

CDA



Name(s) as shown on federal Schedule C
ADRIAN TORRES

Social Security Number

**Alternative Minimum Tax Depreciation Report**
**Business Activity: METROPLEX RECOVERY LLC**

| Description | Cost | Depr Basis | Life | Method | Prior Depr | Current Depr | AMT Adj |
|---|---|---|---|---|---|---|---|
| 2019 FORD 2366 | 28,248. | | 5.0 | SL | | | |
| 2019 FORD 7395 | 28,936. | | 5.0 | SL | | | |
| 2020 FORD TRANSIT | 31,734. | | 5.0 | SL | 4,760. | | |
| 2021 MERCEDEZ M38 | 86,735. | 76,535. | 5.0 | 150DB | | | |
| 2021 MERCEDEZ MET | 39,294. | 29,094. | 5.0 | 150DB | | | |
| 2021 MERCEDEZ M38 | 43,170. | 32,970. | 5.0 | 150DB | | | |
| 2021 BENZ SPRINTE | 47,774. | | 5.0 | 150DB | | | |
| 2021 MERCEDEZ MET | 42,894. | | 5.0 | 150DB | | | |
| 2022 MERCEDEZ SPR | 56,038. | | 5.0 | 150DB | | | |
| 2021 MERCEDEZ MET | 43,483. | | 5.0 | 150DB | | | |
| 2022 MB METRIS 63 | 43,415. | | 5.0 | 150DB | | | |
| 2022 MB METRIS 67 | 43,236. | | 5.0 | 150DB | | | |
| HOME OFFICE | 190,000. | 42,702. | 39.0 | SL | | 1,095. | |
| LASER MACHINE | 18,809. | | 5.0 | 150DB | | | |
| DIAGNOSTIC MACHIN | 14,909. | | 5.0 | 150DB | | | |
| VARIOUS MACHINE & | 44,143. | | 7.0 | 150DB | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**2021**

Name(s) as shown on Federal Schedule C
ADRIAN TORRES

Social Security Number 

### Federal Form 4562 Line 26 - Property Used More Than 50% In A Qualified Business
### Business Activity or Description: LOCKSMITH SERVICES

| Type of property | Date placed in service | Business % | Cost or other basis | Basis for depre-ciation | Recovery period | Method/ Conven-tion | Depre-ciation deduct-tion | Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 2021 MERCEDEZ M38 | 07/06/2021 | 100.0 | 86,735. | 76535 | 5.0 | 200DBHY | | 10,200. |
| 2021 MERCEDEZ MET | 07/10/2021 | 100.0 | 39,294. | 29094 | 5.0 | 200DBHY | | 10,200. |
| 2021 MERCEDEZ M38 | 07/02/2021 | 100.0 | 43,170. | 32970 | 5.0 | 200DBHY | | 10,200. |
| 2021 BENZ SPRINTE | 06/12/2021 | 100.0 | 47,774. | | 5.0 | 200DBHY | | 47,774. |
| 2021 MERCEDEZ MET | 06/21/2021 | 100.0 | 42,894. | | 5.0 | 200DBHY | | 42,894. |
| 2022 MERCEDEZ SPR | 07/02/2021 | 100.0 | 56,038. | | 5.0 | 200DBHY | | 56,038. |
| 2021 MERCEDEZ MET | 07/06/2021 | 100.0 | 43,483. | | 5.0 | 200DBHY | | 43,483. |
| 2022 MB METRIS 63 | 07/01/2021 | 100.0 | 43,415. | | 5.0 | 200DBHY | | 43,415. |
| 2022 MB METRIS 67 | 07/01/2021 | 100.0 | 43,236. | | 5.0 | 200DBHY | | 43,236. |

CDA

**2021**

Name(s) as shown on federal Schedule C
ADRIAN TORRES

Social Security Number



## Federal Form 4562 Lines 30 through 36 - Information on Use of Vehicles
## Business or Activity Description: LOCKSMITH SERVICES

| | #7 | | #8 | | #9 | | #10 | | #11 | | #12 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30. Total business/investment miles driven | 43038 | | 32525 | | 20486 | | 15397 | | 185 | | 150 | |
| 31. Total commuting miles driven | | | | | | | | | | | | |
| 32. Total personal miles driven | | | | | | | | | | | | |
| 33. Total miles driven | 43038 | | 32525 | | 20486 | | 15397 | | 185 | | 150 | |
| 34. Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| | X | | X | | X | | X | | X | | X | |
| 35. Was the vehicle used primarily by a more than 5% owner or related person? | X | | X | | X | | X | | X | | X | |
| 36. Is another vehicle available for personal use? | X | | X | | X | | X | | X | | X | |

| | #13 | | #14 | | #15 | | #16 | | #17 | | #18 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30. Total business/investment miles driven | | | | | | | | | | | | |
| 31. Total commuting miles driven | | | | | | | | | | | | |
| 32. Total personal miles driven | | | | | | | | | | | | |
| 33. Total miles driven | | | | | | | | | | | | |
| 34. Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35. Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36. Is another vehicle available for personal use? | | | | | | | | | | | | |

| | #19 | | #20 | | #21 | | #22 | | #23 | | #24 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30. Total business/investment miles driven | | | | | | | | | | | | |
| 31. Total commuting miles driven | | | | | | | | | | | | |
| 32. Total personal miles driven | | | | | | | | | | | | |
| 33. Total miles driven | | | | | | | | | | | | |
| 34. Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35. Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36. Is another vehicle available for personal use? | | | | | | | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Texas

**In re**    Metroplex Recovery, LLC

Case No. _____

**Debtor**    Chapter _____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................................ $12,262.00

   Prior to the filing of this statement I have received ........................................................... $12,262.00

   Balance Due ............................................................................................................................. $0.00

2. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 07/21/2023 | /s/ Jim Morrison |
| *Date* | Jim Morrison |
| | *Signature of Attorney* |

Bar Number: 14519050
Lee Law Firm, PLLC
8701 Bedford Euless Rd 510
Hurst, TX 76053
Phone: (214) 440-1414

Lee Law Firm, PLLC
*Name of law firm*

---

Date:   07/21/2023

/s/ Adrian Modesto Torres
**Adrian Modesto Torres**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Metroplex Recovery, LLC**                                                    CASE NO

                                                                                      CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____07/21/2023_____      Signature _____/s/ Adrian Modesto Torres_____

                                                 Adrian Modesto Torres, Managing Member

AIS Portfolio Services, LP
Attn: Ally Bank Department
4515 N. Santa Fe Ave Dept. APS
Oklahoma City, OK 73118

Ally Financial
P.O. Box 9001951
Louisville, KY 40290

AMA Recovery Group
3131 Eastside St #350
Houston, TX 77098

Antonio Chavez
12801 N Central Expressway St 260
Dallas, TX 75243

Attorney General
PO Box 12017
Austin, TX 78711

Attorney General of Texas
Bankruptcy Section
400 South Zang, Ste 1100
Dallas, TX 75208

CESC
14925 Kinsport Rd
Fort Worth, TX 76155

CIT First Citizens Bank
P.O. Box 856502
Minneapolis, MN 55485

Empire Recovery
10 W. 37th St SE RM 602
New York, NY 10018

Exxon Mobile
P.O. Box 6293
Carol Stream, IL 60197

Ford Motor Credit
PO Box 650575
Dallas, TX 75265

Friedman Suder and Cooke
604 E 4th Street Ste 200
Fort Worth, TX 76102

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7340

Internal Revenue Service
IRS - SBSE Insolvency Area 10
1100 Commerce St., MC 5026 DAL
Dallas, TX 75242

Internal Revenue Service
Insolvency
PO Box 21126
Philadelphia, PA 19114

Lee Law Firm, PLLC
8701 Bedford Euless Rd 510
Hurst, TX 76053

Legend Advance Funding II
LLC
10 W 37th St Rm 602
800 Brickell Ave 902
Miami, FL 33131

Linebarger Goggan Blair et al
2323 Bryan 1600
Dallas, TX 75201

Linebarger Goggan Blair et al
2777 N Stemmons Freeway 1100
Dallas, TX 75207

Mercedes Benz Financial
5450 N Cumberland Ave
Chicago, IL 60656

National Funding
9530 Towne Centre Dr
San Diego, CA 92121

Peac Solutions
P.O. Box 13604
Philadelphia, PA 19101

Pioneer 303 Investments
2026 W Pioneer Pkwy C1
Arlington, TX 76012

State Comptroller
Revenue Accounting Div Bankruptcy
PO Box 13528
Ecleto, TX 78111

State Comptroller
Revenue Accounting Div Bankruptcy
PO Box 13528
Austin, TX 78711

Sun Valley Industrial Park, LP
4900 Sun Valley Drive
Fort Worth, TX 76102

Texas Alcohol Beverage
Commission
Licenses and Permits Division
PO Box 13127
Austin, TX 78711-3127

Texas Employment
Commission
TEC Building - Bankruptcy
101 E. 15th Street
Austin, TX 78778

Texas Workforce Commission
Regulatory Integrity Division
101 E 15th Street 556
Austin, TX 78778

Truist Bank
Po Box 1847
Newport News, VA 23601-0847

United States Attorney - North

1100 Commerce St., Third Floor
Dallas, TX 75242

United States Attorney General

Main Justice Building
10th and Constitution Ave 5111
Washington, DC 20530

United States Trustee

1100 Commerce St., Room 9C60
Dallas, TX 75242

US Department of the Treasury

PO Box 830794
Birmingham, AL 35283-0794

US Dept of Treasury SBA

P.O. Box 97901
Saint Louis, MO 63197

Wide Merchant Capital

300 Delaware Ave 210
Wilmington, DE 19801